IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MARTIN BAKER                                                    PLAINTIFF

vs.                              No. 3:18cv-120

JEFFERSON IRON AND METAL
BROKERAGE, INC.                                                DEFENDANTS

## ORDER

Pursuant to the stipulation for dismissal filed by the plaintiff, Martin Baker, this action is

dismissed with prejudice. The motion to dismiss (Docket No. 4) is denied as moot.

IT IS SO ORDERED this 6th day of August, 2018.


_____
UNITED STATES DISTRICT JUDGE